**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JOHN DAVID REEVES** **PLAINTIFF**

**v.** **No. 1:25CV49-GHD-RP**

**GOVERNOR TATE REEVES, ET AL.** **DEFENDANTS**

**ORDER *DENYING* PLAINTIFF'S MOTION [11]
FOR RETURN OF FILING FEE**

This matter comes before the court on the motion [11] by the plaintiff for return of the filing fee in this *pro se* prisoner case filed under 42 U.S.C. § 1983. The plaintiff is proceeding as a pauper under 28 U.S.C. § 1915, and the fee has been partially paid under the formula set forth in the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. §1997e(a). After the court granted the plaintiff's motion [2] to proceed as a pauper, the plaintiff filed a Notice [10] of voluntary dismissal under Fed. R. Civ. P. 41(a), and the case was dismissed. He also filed the instant motion [11] seeking return of the filing fee.

The plaintiff argues that he is entitled to a refund of the fee because he voluntarily dismissed this case under Fed. R. Civ. P. 41(a). Voluntary dismissals of actions are governed by Fed. R. Civ. P. 41, which states, in relevant part:

> [T]he plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1)(A)(i).

Generally, under the PLRA, "[a] prisoner proceeding [as a pauper] in the district court is obligated to pay the full filing fee [in accordance with the statutory schedule] upon the filing of a complaint. [28 U.S.C.] § 1915(b)(1). [So n]o relief from an order directing payment of the filing fee should be granted for a voluntary dismissal." *Hatchet v. Nettles*, 201 F.3d 651, 654 (5th Cir.

2000) (per curiam) (citing *Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997); *see, e.g., Bays v. United States*, No. 3:15-cv-1824-B-BN, 2015 WL 4930913 (N.D. Tex. Aug. 18, 2015). For these reasons, the instant motion [11] for return of filing fee is **DENIED**.

**SO ORDERED**, this, the 31st day of August, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE